WALTER R. PLANKINTON, Appellant, v. NYE COUNTY, NEVADA, An Unincorporated County, and THE BOARD OF COUNTY COMMISSIONERS OF NYE COUNTY, NEVADA, ANDREW M. EASON, ROBERT H. CORNELL, and DONALD J. BARNETT, Respondents.

No. 9712

January 12, 1979                                    588 P.2d 1025

[Rehearing denied January 31, 1979]

*Jeffrey Ian Shaner,* Las Vegas, for Appellant.

*Richard H. Bryan,* Attorney General, Carson City; *Peter L. Knight,* District Attorney, and *A. D. Demetras,* Deputy District Attorney, Nye County, for Respondents.

## OPINION

*Per Curiam:*

Appellant contends that the trial court erred in determining that he was precluded from raising the issue of irregularities in the creation of the unincorporated town of Pahrump in this action in order to enjoin the enforcement of a township ordinance. Appellant has cited no relevant authority in support of his contention. Since error has not been affirmatively demonstrated, the judgment is affirmed. Holland Livestock v. B & C Enterprises, 92 Nev. 473, 553 P.2d 950 (1976).